# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2025

### NO. 03-24-00018-CV

**Gregory Royal, Appellant**

**v.**

**MB Landscape Solutions; Baldemar Arias; Felimon Zuniga Lopez; Thomas M. Fountain; Thomas M. Fountain & Associates, PLLC; Unnamed Thomas M. Fountain & Associates, PLLC'S Liability Insurer (T/B/D); Cypress Property and Casualty Insurance Company; Hisey Insurance Services, Inc.; Beth McFadin; Tim McGraw; DWQ Solutions; Bridge at Terracina, LLC, d/b/a Bridge at Terracina Apartments; Unnamed Bridge at Terracina, LLC; Professionals' Liability Insurer (TBD); Apartment Management Professionals; RSUI Group, Inc., Appellees**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order signed by the trial court on October 25, 2023. Having reviewed the record, the Court holds that Gregory Royal has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.